*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Cory Seibert,

      vs.                           Case No. 2:19-cv-2174

Tom Clayton Erectors, LLC, *et al.*,      **Judge Michael H. Watson**

[]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 24, 2020 Opinion and Order, the Court GRANTS the Joint Motion for Approval of Settlement.  This action and all claims of Plaintiff are dismissed with prejudice.

Date:  **February 25, 2020**        **Richard Nagel, Clerk**

                                            s/ Jennifer Kacsor
                                            By Jennifer Kacsor/Courtroom Deputy